14-28209-AJC

Certificate Number: 02645-FLS-CC-023983356



02645-FLS-CC-023983356

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 12, 2014, at 5:03 o'clock PM EDT, Sandra Colon received from 123 Credit Counselors, Inc, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  August 12, 2014                By:  /s/Cary Hernandez

                                      Name:  Cary Hernandez

                                      Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).